■ In the Matter of ANTHONY MACK, Petitioner, v BRIAN FISCHER, Commissioner, New York State Department of Correctional Services, Respondent. [953 NYS2d 180]—Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Seneca County [Dennis F. Bender,

A.J.], entered February 8, 2012) to review a determination of respondent. The determination found after a tier III hearing that petitioner had violated an inmate rule.

It is hereby ordered that the determination is unanimously confirmed without costs and the petition is dismissed. Present—Scudder, P.J., Centra, Carni, Sconiers and Martoche, JJ.